IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>**BILLY FOBBS**<br><br>                    Defendant. | CR NO: 2:24-CR-0078-DJC |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

| | | | |
|---|---|---|---|
| Name of Detainee: | Billy R. Fobbs | | |
| Detained at | Santa Clara County Sheriff's Office, Elmwood Barracks | | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>charging detainee with: 18 U.S.C. § 922(g)(1) – felon in poss. of ammunition | |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ *Emily G. Sauvageau* |
| Printed Name & Phone No: | Emily G. Sauvageau, (916) 554-2761 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 23, 2024

*/s/ Allison Claire*
Honorable Allison Claire
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | ☒ Male | ☐ Female |
| Booking or CDC #: | PFN: EHL195 / CEN: 24006041 | DOB: | 02/23/2000 |
| Facility Address: | 945 Thompson Street | Race: | Black |
| Facility Phone: | Milpitas, CA 95035 | FBI#: | 1A8R0M9TF |
| Currently Incarcerated | Yes – Elmwood Barracks | | |

**RETURN OF SERVICE**

Executed on: _____   _____
(signature)

Case 2:24-cr-00078-DJC   Document 5   Filed 08/26/24   Page 2 of 2