PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>          v.<br><br>BILLY FOBBS,<br><br>                        Defendant. | CASE NO. 2:24-CR-00078-DJC<br><br>STIPULATION FOR PROTECTIVE ORDER; [PROPOSED] PROTECTIVE ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

2. Defendant Billy Fobbs was recorded during a covert operation conducted by the Bureau of Alcohol, Tobacco, Firearms and Explosives using a confidential informant. Disclosure of the recordings will likely reveal the identity of the confidential informant, which could place the confidential informant at risk of harm.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share the covert recordings with anyone other than designated defense investigators and support staff. Defense Counsel may discuss the contents of the recordings and the accompanying summary translation with the

defendant but will not identify the identity of the confidential informant. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy such information.

4. The recordings provided may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his or her respective client, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: December 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ EMILY G. SAUVAGEAU
EMILY G. SAUVAGEAU
Assistant United States Attorney

Dated: December 16, 2024

/s/ MEGHAN McLOUGHLIN
MEGHAN McLOUGHLIN
Counsel for Defendant
BILLY FOBBS

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of December, 2024.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE