HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
BILLY FOBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY FOBBS,<br><br>Defendant. | Case No. 2:24-CR-00078-DJC<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:   December 19, 2024<br>TIME:    9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, BILLY FOBBS, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for a status conference on December 19, 2024.

2. By this stipulation, defendant now moves for a brief continuance of the status conference until March 6, 2025, at 9:00 a.m., and to exclude time between December 19, 2024 and March 6, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes various law enforcement reports, undercover video and audio footage, and criminal history documents.  This discovery has been produced directly to defense counsel, or

        is being made available for defense counsel's inspection.

  b) Discovery in this case includes covert recordings, which defense counsel reviewed in part at the U.S. Attorney's Office in person. The parties are working out the details of a protective order so that defense counsel may retain a version of these videos at defense counsel's office.

  c) Defense counsel requires more time to meet with her client to discuss the discovery and how this evidence impacts resolution and sentencing options, conduct an independent factual investigation, and discuss any plea offers.

  d) Counsel for the defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 19, 2024 to March 6, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

//

//

                                                                  Respectfully submitted,

                                                                  HEATHER E. WILLIAMS
                                                                  Federal Defender

Dated: December 16, 2024                         */s/ Meghan D. McLoughlin*
                                                                 MEGHAN D. McLOUGHLIN
                                                                  Assistant Federal Defender
                                                                  Attorney for Defendant
                                                                  BILLY FOBBS

Dated: December 16, 2024                         */s/ Emily Sauvageau*
                                                                  EMILY SAUVAGEAU
                                                                  Assistant United States Attorney

## ORDER

**IT IS SO FOUND AND ORDERED** this 16th day of December, 2024.

                                                                 /s/ Daniel J. Calabretta
                                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                                UNITED STATES DISTRICT JUDGE