HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
BILLY FOBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00078-DJC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION VACATING STATUS CONFERENCE AND SETTING BRIEFING SCHEDULE AND MOTION HEARING; FINDINGS AND ORDER** |
| BILLY FOBBS, | |
| Defendant. | DATE: March 6, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, BILLY FOBBS, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for a status conference on March 6, 2025, and time was excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] through that date.

2. By this stipulation, defendant now moves to vacate the status conference, as he intends to file a Motion to Dismiss, pursuant to *New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1, 18 (2022), *United States v. Rahimi*, 144 S. Ct. 1889 (2024), and *United States v. Duarte*, 101 F.4th 657 (9th Cir. 2024), and set a briefing schedule and motion hearing.

3. The parties have conferred and agreed upon the following briefing schedule:

    a. The Motion to Dismiss shall be filed by March 6, 2025;

    b. Any opposition shall be filed by March 13, 2025;

    c. Any reply brief in further support of the Motion to Dismiss shall be filed by March 20, 2025; and

    d. The parties jointly request that the Motion to Dismiss be heard on March 27, 2025 at 9:00 a.m.

4. The parties further stipulate that based on the above-stated findings and schedule, the ends of justice served by vacating the status conference and setting the motion schedule outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5. Finally, the parties stipulate that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 6, 2025 to March 27, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, and specifically allows for Mr. Fobbs to file his pretrial Motion to Dismiss.

IT IS SO STIPULATED.

//
//
//
//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: February 26, 2025                    */s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
BILLY FOBBS

Dated: February 26, 2025                    */s/ Emily Sauvageau*
EMILY SAUVAGEAU
Assistant United States Attorney

## ORDER

**IT IS SO FOUND AND ORDERED** this 26th day of February, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

*United States v. Fobbs* – Stipulation Vacating Status Conference and Setting Briefing Schedule; [Proposed] Order

3