HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
BILLY FOBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00078-DJC |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE; ORDER** |
| vs. | DATE:   January 15, 2026 |
| BILLY FOBBS, | TIME:    9:00 a.m. |
| Defendant. | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, BILLY FOBBS, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on January 15, 2026. Dkt. 26.

2. By this stipulation, defendant now moves to continue the sentencing hearing until February 26, 2026 at 9:00 a.m. The parties agree to the following schedule, with the concurrence of probation:

| | |
|---|---|
| Judgment and Sentencing: | February 26, 2026 |
| Reply/Statement of Non-Opposition: | February 19, 2026 |
| Formal Objections to PSR: | February 12, 2026 |
| Final PSR: | February 5, 2026 |
| Informal Objections to PSR: | January 29, 2026 |
| Draft PSR: | January 15, 2026 |

As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant has recently returned from extended medical leave. Counsel for defendant and United States Probation recently completed the probation interview and more time is required to complete the presentence investigation report

b) In addition, counsel for defendant is conducting her sentencing mitigation investigation and is awaiting records that may be vital to sentencing.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: December 19, 2025                              */s/ Meghan D. McLoughlin*
                                                      MEGHAN D. McLOUGHLIN
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      BILLY FOBBS

                                                      ERIC GRANT
                                                      United States Attorney

Dated: December 19, 2025                              */s/ Nicole Vanek*
                                                      NICOLE VANEK
                                                      Assistant United States Attorney

## ORDER

**IT IS SO FOUND AND ORDERED** this 22nd day of December, 2025.

                                                      /s/ Daniel J. Calabretta
                                                      THE HONORABLE DANIEL J. CALABRETTA
                                                      UNITED STATES DISTRICT JUDGE

*United States v. Fobbs* – Stipulation to Continue Sentencing; Order

3