HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
BILLY FOBBS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00078-DJC |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE; ORDER** |
| vs. | |
| BILLY FOBBS, | DATE:  February 26, 2026<br>TIME:    9:00 a.m.<br>COURT:  Hon. Daniel J. Calabretta |
| Defendant. | |

### STIPULATION

Defendant, BILLY FOBBS, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on February 26, 2026.  Dkt. 34.

2. By this stipulation, defendant now moves to continue the sentencing hearing until March 12, 2026 at 9:00 a.m.  As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree to the following schedule of remaining deadlines, with the concurrence of probation:

Judgment and Sentencing:                    March 12, 2026

Reply/Statement of Non-Opposition:          March 5, 2026

4.      The parties agree and stipulate, and request that the Court find the following:

a)      Defense counsel is currently working with counsel in Mr. Fobbs' pending state case to resolve the matter and rescind the warrant, referred to in PSR ¶ 40, before he is transferred to the custody of the Bureau of Prisons.  Both the state public defender and deputy district attorney are in the process of arranging for Mr. Fobbs' transfer to state custody after sentence is imposed in the above case, and require additional time to do so.

b)      The removal of the active warrant is essential to ensure that Mr. Fobbs does not receive an inflated security classification while in BOP custody, and is eligible for anti-recidivism programming, potential time credits, and halfway house placement after completing his sentence.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

IT IS SO STIPULATED.

                                        Respectfully submitted,


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: February 18, 2026                 /s/ Meghan D. McLoughlin
                                        MEGHAN D. McLOUGHLIN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BILLY FOBBS

                                        ERIC GRANT
                                        United States Attorney


Dated: February 18, 2026                 /s/ Nicole Vanek
                                        NICOLE VANEK
                                        Assistant United States Attorney

*United States v. Fobbs* – Stipulation to Continue Sentencing; Order

**ORDER**

**IT IS SO FOUND AND ORDERED** this 18th day of February 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE