HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
BILLY FOBBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY FOBBS,<br><br>Defendant. | Case No. 2:24-CR-00078-DJC<br><br>**STIPULATION TO CONTINUE SENTENCING DATE; ORDER**<br><br>DATE:   March 12, 2026<br>TIME:      9:00 a.m.<br>COURT:  Hon. Daniel J. Calabretta |

**STIPULATION**

Defendant, BILLY FOBBS, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on March 12, 2026.

2. By this stipulation, defendant now moves to continue the sentencing hearing until April 2, 2026 at 9:00 a.m.  As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree to the following schedule of remaining deadlines, with the concurrence of probation:

Judgment and Sentencing:                April 2, 2026

Reply/Statement of Non-Opposition:        March 26, 2026

4.      The parties agree and stipulate, and request that the Court find the following:

a)      Defense counsel is currently working with counsel in Mr. Fobbs' pending state case to resolve the matter and rescind the warrant, referred to in PSR ¶ 40, before he is transferred to the custody of the Bureau of Prisons.  She has been directly in touch with the assigned deputy district attorney, who is arranging for Mr. Fobbs' appearance in state custody, but requires additional time for the local sheriff to coordinate transport to Santa Clara County.  The deputy district attorney is hopeful that the requested date will provide enough time to avoid any further continuances.

b)      The removal of the active warrant is essential to ensure that Mr. Fobbs does not receive an inflated security classification while in BOP custody, and is eligible for anti-recidivism programming, potential time credits, and halfway house placement after completing his sentence.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: March 3, 2026                    /s/ Meghan D. McLoughlin
                                        MEGHAN D. McLOUGHLIN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BILLY FOBBS

                                        ERIC GRANT
                                        United States Attorney

Dated: March 3, 2026                    /s/ Nicole Vanek
                                        NICOLE VANEK
                                        Assistant United States Attorney

*United States v. Fobbs* – Stipulation to Continue Sentencing; Order

2

**ORDER**

**IT IS SO FOUND AND ORDERED** this 3rd day of March, 2026.


/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE